AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2020 SEP 10 PM 2:24

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

United States of America )
v. )
ELIZABETH SCHNEIDER )   Case No.
) 6:20-mj- 1643
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 3, 2020 and Sept. 5, 2020__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmission in interstate commerce of threat to injure the person of another |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gerren Stith, Special Agent
*Printed name and title*

Sworn to before me over video conference and signed
by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 9/10/2020

_____
*Judge's signature*

City and state: Orlando, Florida

Leslie R. Hoffman, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

CASE NOS. 6:20-mj- 1643
6:20-mj-1644

COUNTY OF ORANGE

## MASTER AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND SEARCH WARRANT

I, Gerren Stith, being duly sworn, state the following:

### Agent Background

1. I am a Special Agent (SA) with the United States Capitol Police (USCP), where I have served since October 2009. I am currently assigned to the Investigations Division, Threat Assessment Section. My duties and responsibilities, among other things, include investigating threats made to federal officials. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia; the Federal Bureau of Investigation ("FBI") Hostage Negotiator Training; and the Advance Interviewing for Law Enforcement Investigators Training Program at FLETC. I have received training and gained experience in search warrant and arrest warrant applications. I have participated in numerous investigations into threats against members of Congress and the public to include violations of Title 18, United States Code, Section 875(c) and Title 18, United States Code, Section 2261A(2).

2. I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I

am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law, including threats to and harassment of government officials, and violations of Title 18, United States Code, Section 875(c) and Title 18, United States Code, Section 2261A(2).

3. My training and experience as an United States Capitol Police Special Agent, together with the facts set forth herein, form the basis of my opinions and conclusions in this Affidavit.

4. The information set forth herein is based on the following: (a) my own personal observations; and (b) information that I received from other witnesses and law enforcement officers involved in this investigation, including by reviewing official reports prepared by other law enforcement officers.

5. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and search warrant, I have not set forth each and every fact that I learned as a result of this investigation. Unless otherwise noted, all statements of other persons described in this Affidavit are set forth in substance and in part, rather than verbatim.

## Purpose of Affidavit

6. As set forth below, there is probable cause to believe that on or about July 3, 2020, and on or about September 5, 2020, in the Middle District of Florida, ELIZABETH SCHNEIDER ("SCHNEIDER") committed

2

violations of 18 U.S.C. § 875(c) (transmission in interstate commerce of threat to injure the person of another).

7. I also make this Affidavit in support of an application for search warrant for information associated with the cellular telephone number 407-780-0429 (the "Subject Telephone Number"), more fully described in Attachment A, that is stored at premises controlled by T-Mobile, a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054. The information to be searched is described in Attachment B. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-Mobile to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

### Probable Cause Basis

8. This case involves threatening and harassing phone calls and voicemail messages placed with the office of a United States Congresswoman, whose true identity is known to me (the "Congresswoman"). On July 5, 2020, a staff member from the Congresswoman's Washington, DC Office, advised the United States Capitol Police Threat Assessment Section (USCP-TAS) of a threatening voicemail the office had received. The voicemail was received on July 3, 2020, and the phone number which placed the call was recorded by the

office's caller I.D. system as 321-946-9165. In the voicemail, the caller, who identified herself as "Elizabeth," referenced the Congresswoman by name and stated, among other things "You get your sorry ass to my house you fucking cunt. Get your house, get, get over here. *__I'ma fucking kill you, you goddamn fucking god damn bitch__*." (emphasis added)

9. On July 5, 2020, I submitted an emergency request to T-Mobile to obtain subscriber information for 321-946-9165. The records returned by T-Mobile revealed that the listed subscriber for 321-946-9165 is R.O., whose address is listed in T-Mobile's records as being on Montclair Ct., Orlando, FL 32812. On July 5, 2020, T-Mobile provided me with the GPS coordinates of where the phone assigned the number 321-946-9165 was located when it made the July 3, 2020 call to the Congresswoman's office. Those coordinates revealed that the call in question was placed from a location at or near R.O.'s listed subscriber address on Montclair Ct, Orlando, FL 32812.

10. Also, on July 5, 2020, T-Mobile provided me with an outgoing call log for 321-946-9165. Those results revealed that the phone number ending in 9165 called the Congresswoman's Washington, DC office ten times on July 3, 2020.

11. A law enforcement database search of the address on Montclair Ct., Orlando, FL revealed that R.O. and Elizabeth SCHNEIDER are the current residents at that location.

4

12. My further investigation into SCHNEIDER using the USCP-TAS law enforcement database revealed that she previously had left numerous harassing voicemails at the Washington, DC office of the Congresswoman between February 2020 and April 2020. For each of those previous calls, SCHNEIDER used the phone number 407-780-0429 (the Subject Telephone Number), as recorded by the caller I.D. at the Congresswoman's office. The Subject Telephone Number is a T-Mobile number.

13. Due to these prior harassing voicemails, officers from the Orlando Police Department ("OPD") had interviewed SCHNEIDER. This interview took place on May 11, 2020, at SCHNEIDER's residence on Montclair Ct., Orlando, FL. The officers informed SCHNEIDER that they were making contact with her to check on her well-being and they conducted a mental health interview to assess if she was in crisis and in need of mental health services. Based on their assessment, SCHNEIDER appeared to be in good physical and mental health and it appeared that she did not meet the required criteria for involuntary mental health services.

14. One of the OPD officers then explained that OPD was concerned by the fact that SCHNEIDER had repeatedly placed harassing phone calls to the Congresswoman's office. SCHNEIDER immediately dropped her head and stated that she was very sorry for making the calls and for her language. SCHNEIDER claimed that she would never harm anyone including the Congresswoman. SCHNEIDER stated that she is an alcoholic

5

and has battled alcoholism her entire adult life. SCHNEIDER stated that once she starts drinking she blacks out and calls the Congresswoman to vent her frustrations about the Congresswoman. The OPD officer explained to SCHNEIDER that if she continued to make harassing phone calls that she could expose herself to being formally charged. SCHNEIDER stated that she would no longer call the Congresswoman.

15. On May 12, 2020, the day after OPD interviewed her, SCHNEIDER called and left approximately 48 additional voicemails at the Congresswoman's office from the Subject Telephone Number, many of which were harassing in nature. Between May 13, 2020 and May 28, 2020, SCHNEIDER left approximately 63 additional voicemails at the Congresswoman's office from the Subject Telephone Number.

16. Between July 15, 2020 to August 2, 2020, SCHNEIDER called the Washington, DC office of the Congresswoman from the Subject Telephone Number and left numerous additional voicemails, some of which were harassing in nature. For example:

- a. **Voice Message from 407-780-0429 on 7/15/20 6:39 PM** You fucking lying leftist bitch cunt. My friend wants to kill himself because he lost his hotel. You fucking lying fucking cunt. Go lick Pelosi's shoes you son of a bitch.

- b. **Voice Message from 407-780-0429 on 7/15/20 7:15 PM** Hi cunt cunt cunt cunt. I have been called a racist for four years, which is the least fucking thing I ever ever been. Cunt cunt cunt . . . you can call me racist racist racist for four years and get away with it. Cunt cunt cunt racist, racist, racist cunt cunt cunt where does this stop?

6

    c. **Voice Message from 407-780-0429 on 7/15/20 9:46 PM** If my friend doesn't make it through the night because he decides to put a gun in his mouth. Guess what? You lying cunt fucking mother's fucking piece of shit. *I might not be able to get to Nancy Pelosi I can get to you.* You goddamn cunt, lying piece of goddamn shit. (emphasis added)

17. On August 3, 2020, SCHNEIDER was interviewed by an FBI Special Agent and an FBI Task Force Officer at her residence on Montclair Ct. in Orlando, FL. During this interview, SCHNEIDER claimed that she suffers from bipolar disorder, and that she sometimes makes calls when she is not on her bipolar medication. SCHNEIDER then asked what the rules were regarding the amount of voicemails she was allowed to leave for the Congresswoman and stated that although she has used profanity on the calls, she has never threatened the Congresswoman, and that using profanity is not a crime. When the FBI Special Agent stated that he wanted to talk with SCHNEIDER about the transcripts of her calls, SCHNEIDER stated that she needed to do online training for her job and she abruptly ended the interview.

18. The next day, August 3, 2020, SCHNEIDER used the Subject Telephone Number to leave numerous additional voicemails at the Congresswoman's DC office, including the following:

    Hi, everyone listening to this. It's Elizabeth. My name is Elizabeth Stella Schneider, August [XX], [XXXX]. The reason this went ballistic is because [the Congresswoman] will not fucking answer a fucking phone call and email, and she dropped flies on her social media . . . . On top of that, [the Congresswoman] gave herself the only thing she fucking did for four hundred days was going to

7

Congress and give herself a raise and then voted by proxy. This fucking cunt is anti fucking police. [Inaudible] Oh, wow. I've had four feds at my house. [Congresswoman's name]. She also BLM on Facebook saying we're going into a [inaudible] . . . . she won't fucking answer her fucking phone. She violated. There was no reason, no cause to send feds to my house. I will see that fucking bitch in court.

19. On August 16, 2020, SCHNEIDER called the Washington, DC office of the Congresswoman using the Subject Telephone Number. SCHNEIDER left the following voicemail: "If I have to do it this way, if I have to do it this way, I'm threatening your life to get the FBI here [Congresswoman's name]. I am threatening your life."

20. Also on August 16, 2020, SCHNEIDER called the Washington, DC office of the Congresswoman using the Subject Telephone Number. SCHNEIDER left the following voicemail: "Hi, who's listening to this. I am officially threatening my Congresswoman. I'm threatening my Congresswoman. I'm officially threatening her, I need FBI here."

21. Also on August 16, 2020, SCHNEIDER called the Washington, DC office of the Congresswoman using the Subject Telephone Number and left the following voicemail:

8

> Hi mother fucker. You support BLM coming into my neighborhood and hurting me. Hi [Congresswoman's name]. Hi mother fucker. I know where you fucking live. I know where you fucking live. [Congresswoman's name]. *I would gather your fucking family and fucking hide because I know where you live.* Your mother fucker. You support BLM coming in and threatening me? You better hide [Congresswoman's name]. I will defend myself you bitch.

(emphasis added).

22. A law enforcement database search of the Subject Telephone Number revealed that it is a wireless cellular telephone number serviced by T-Mobile.

23. On September 2, 2020, I sought and obtained search warrants from this Court (U.S. Magistrate Judge Embry J. Kidd) for T-Mobile cell-site information for the Subject Telephone Number and the telephone number 321-946-9165, for the time period of February 1, 2020 through August 31, 2020. I am currently waiting for T-Mobile to provide me with the returns for those search warrants.

24. On September 8, 2020, I learned that on September 5, 2020, SCHNEIDER called the Congresswoman's Washington, DC office from the Subject Telephone Number and left numerous additional voicemails, including the following:

> a. **Voice Message from 407-780-0429 on 9/5/20 1:51 PM** Guess what, I am coming to your house to kill you today. That's right, I'm gonna come to your house and kill you. I figured out MapQuest. And I know your husband's last name. . . .Umm I don't know how I am going to do it. *But I am going to come . . . and I am going to kill you. You better send the FBI. I'm going to kill you.* (emphasis added)

9

b. **Voice Message from 407-780-0429 on 9/5/20 5:44 PM**: It's Labor Day weekend [inaudible] my family gave to this county. ***I'm going to fucking kill you.*** You god-damn fucking democrat cunt. Chinese [inaudible] bitch. (emphasis added)

c. **Voice Message from 407-780-0429 on 9/5/20 5:46 PM** Direct threat. This is a direct threat. Direct threat. My congresswoman. Direct threat. ***I am going to kill her with a sword—with a sword. I need the FBI at my house. I have a sword and I'm going to kill her. Direct threat. Direct threat. Direct threat. XXXX Montclair Ct.*** Direct threat. I'm going to kill my congresswoman with a sword. (emphasis added)

25. The street address on Montclair Ct. mentioned by SCHNEIDER on September 5, 2020, in the voicemail from 5:46 p.m. above, is SCHNEIDER's address in Orlando, Florida, from which she had previously called the Congresswoman's office on July 3, 2020.

26. September 5, 2020 through September 7, 2020 was the Labor Day weekend, and the Congresswoman's staff did not discover the threatening voicemails left on September 5, 2020, until September 8, 2020. On September 8, 2020, once I learned about these voicemails, I obtained emergency GPS location data for the Subject Telephone Number from T-Mobile, which revealed that between approximately 10:44 p.m. on September 5, 2020, and 10:12 a.m. on September 8, 2020,[1] the Subject Telephone Number was located at or near Orlando, Florida.

---

[1] T-Mobile advised that under its emergency disclosure protocols it could not disclose information on an emergency basis for the Subject Telephone Number's whereabouts from earlier in the day on September 5, 2020.

10

## Cell-Site Data and Providers

27. I have learned T-Mobile is a company headquartered at 4 Sylvan Way, Parsippany, New Jersey, and this company provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

28. Based on my training and experience, I know that T-Mobile can collect cell-site data about the phone numbers in question. I also know that wireless providers such as T-Mobile typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal

11

course of business in order to use this information for various business-related purposes.

29. Based on my training and experience, I know that wireless providers such as T-Mobile typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute fruits, evidence and instrumentalities of the crimes under investigation because the information can be used to identify the phones' user or users and may assist in the identification of co-conspirators.

### Authorization Request

30. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

31. I further request that the Court direct T-Mobile to disclose to the government any information described in Section I of Attachment B that

is within its possession, custody, or control. Because the warrant will be served on T-Mobile, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## Conclusion

32. Based on the foregoing facts and evidence, I submit that probable cause exists to charge SCHNEIDER with transmitting a threat in interstate commerce to injure the person of another, in violation of 18 U.S.C. § 875(c). I also submit that probable cause exists to search the specified T-Mobile information for the Subject Telephone Number for evidence of violations of 18 U.S.C. § 875(c) (transmission in interstate commerce of threat to injure the person of another) and 18 U.S.C. § 2261A(2) (cyberstalking using a facility of interstate commerce).

This concludes my affidavit.

*[Signature]*
Gerren Stith
Special Agent, U.S. Capitol Police

Affidavit submitted by email and attested to me as true and accurate by video conference consistent with Fed.R.Crim. P. 4.1 and 41(d)(3) before me this 10th day of September, 2020.

*[Signature]*
The Honorable Leslie R. Hoffman
United States Magistrate Judge

13

## ATTACHMENT A

*Property to be Searched:*

This warrant applies to records and information associated with the cellular telephone assigned call number 407-780-0429 (the "Subject Telephone Number" or the "Account"), that are stored at premises controlled by T-Mobile ("the Provider"), headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054.

## ATTACHMENT B

I. **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time periods set forth below:

a. For the time period from **September 1, 2020** through **September 8, 2020**, the following information about the customers or subscribers of the Account:

  i. Names (including subscriber names, user names, and screen names);

  ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

  iii. Local and long distance telephone connection records;

  iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

  v. Length of service (including start date) and types of service utilized;

  vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification

      Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

  vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

  viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. For the time period from **September 1, 2020** through **September 8, 2020**, all records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

  i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

  ii. information regarding the cell towers through which the communications were sent and received, including:
      1. the identity and location of the cell tower;
      2. the sector or "face" of the cell tower receiving the signal;
      3. the "azimuth" or angle of the signal.
      4. All available timing advance records

**II.     Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 875(c) or 18 U.S.C. § 2261A(2) involving Elizabeth SCHNEIDER during the period **September 1, 2020** through **September 8, 2020**.